JS-6

FILED
CLERK, U.S. DISTRICT COURT
FEB 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1  RICHARD HOFMAN ESQ, State Bar No. 110692
   LAW OFFICES OF RICHARD HOFMAN
2  6320 CANOGA AVE., NO 1500
   WOODLAND HILLS, CA 91367
3  Tel:   (818) 203-6777
   EMAIL: HOFMAN.R@GMAIL.COM
4  Attorney for Plaintiff

5

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9

10 THOMASIAN,                    ) Case No. 12-CV-06639-JGB-JC
                                 )
11           Plaintiff,          ) **REQUEST FOR DISMISSAL**
                                 )
12                               )
   vs.                           ) CT ROOM 790:
13                               ) HONERABLE JESUS G. BERNAL
   BANK OF AMERICA N.A., ET AL,  )
14                               )
                                 )
15           Defendants.         )
                                 )
16                               )
                                 ) UNLIMITED CIVIL CASE
17                               ) Amount in controversy exceeds $25,000
                                 )
18 ─────────────────────────────  )
                                 )
19                               )
                                 )
20                               )
                                 )
21                               )
                                 )
22 ///

23 ///

24 ///

25 ///

26

27

28

PROPOSED ORDER OF DISMISSAL                                    Page 1

1  TO THE HONERABLE COURT:

2      PLAINTIFF REQUESTS THAT <u>12-CV-06639-JGB</u>  BE DISMISSED.

3

4  Per the court's Jurisdiction and also at the request of Plaintiff, the above entitled action is

5  dismissed.

6

7  Dated: 2/6/13          _____

8                                     Honorable JESUS G. BERNAL

PROOF OF SERVICE VIA MAIL

I, THE UNDERSIGNED, DECLARE THAT I AM OVER THE AGE OF 18 AND AM NOT A PARTY TO THIS ACTION.
I WORK AT 6320 CANOGA AVE, SUITE 1500, WOODLAND HILLS CA 91367

ON THE DATE BELOW I SERVED A COPY, WITH ALL EXHIBITS, OF THE FOLLOWING DOCUMENT(S):

REQUEST FOR DISMISSAL ON ALL INTERESTED PARTIES IN SAID CASE ADDRESSED BELOW VIA MAIL:

BY MAILING THE REFERENCED DOCUMENTS TO EACH PARTY AT THE INDICATED ADDRESS ON 1/30/13

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT. THIS DECLARATION IS EXECUTED IN WOODLAND HILLS, CALIFORNIA, ON JAN 30, 2013.

RICHARD HOFMAN